# EXHIBIT H

03/17/2010  23:40    7022694523                    BGMO                                    PAGE  01



INTERNATIONAL CAPITAL GROUP

March 17, 2010

### ADDENDUM B-1 FOR
### HILLARD HERZOG
### ADVANCE FOR FUNDING TRANSACTION

This Advance against stock loan portfolios 8512 and 8459 ("Addendum B-1") is entered into on March 17, 2010, between International Capital Group, LLC, a Delaware corporation, located in Schaumburg, IL ("ICG") and Hillard Herzog, an individual residing in Henderson, NV ("Client")

ICG agrees to advance $215,000 to Client to complete a funding transaction for Bergamo Acquisitions. If funding transaction does not occur within 30 days of this agreement, Client agrees to return the $215,000 advance on or before May 1, 2010.

ICG has advanced $225,000 to Client to date. Upon receipt of the $215,000 advance, Client acknowledges receiving total advance of $440,000. If funding transaction does occur, Client guarantees ICG free-trading shares of BGMO on or before May 1, 2010 equaling the total amount advanced ($440,000) plus 20% equaling $528,000.

To date, ICG acknowledges the receipt of 5,200,000 shares of BGMO as pledged collateral of said transaction.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be executed by their officers thereunto duly authorized, as of the date first above written.

International Capital Group, LLC                    HILLARD HERZOG
a Delaware Corporation

                                                    _____
                                                    Hillard Herzog
By:_____

Its:_____


Please send signed and initialed copies to:
International Capital Group, LLC

+1 847.276.3390 facsimile or email docs@icglending.net


ICG Initials_____                                           Client Initials_____

425 N Martingale Rd / Suite 1540 / Schaumburg, IL 60173 / +1 847.278.0335 T / +1 847.276.3390 F / www.icglending.net