Case: 1:10-cv-05370 Document #: 19-9 Filed: 01/21/11 Page 1 of 3 PageID #:147

# EXHIBIT I

---------- Forwarded message ----------
From: <greg@icglending.net>
Date: Mon, Jun 14, 2010 at 5:45 PM
Subject: Fw: FORWARD TO TODD PLEASE Fwd: sblc esoft No. FSLC2098376/CALFOX/10E121 100m we have been advised of the validity of this document is currentsubject to policies of fox bank
To: Todd Bergeron <tjb@icglending.net>

---

**From:** hillardbergamo@aol.com
**Date:** Mon, 14 Jun 2010 18:10:35 -0400
**To:** <greg@icglending.net>
**Cc:** <Hillardbergamo@aol.com>
**Subject:** FORWARD TO TODD PLEASE Fwd: sblc esoft No. FSLC2098376/CALFOX/10E121 100m we have been advised of the validity of this document is current subject to policies of fox bank

-----Original Message-----
From: rhall@foxbank.org <rhall@foxbank.org>
To: hillardbergamo@aol.com
Sent: Mon, Jun 14, 2010 2:44 pm
Subject: Re: sblc esoft No. FSLC2098376/CALFOX/10E121 100m we have been advised of the validity of this document is current subject to policies of fox bank

Dear Sir

We do validate the address that was indicated on the letter we published in June 2010 to be on sovereign Indian lands. Further, we state that the status of the SBLC to Esoft Informatics Pvt Ltd is as indicated on said letter to be per Fox Bank conditions and polices. Therefore, we also state that this SBLC status will be swifted through HSBC Bank in Zurich as a bank to bank communications.

If there is any further questions, please feel free to communicate with me.

Best Regards,

Richard Hall,
President

1/21/2011

On June 14, 2010 at 7:13 AM hillardbergamo@aol.com wrote:

thur your cherokee nc office as new address o f this document we require you to validate the cureent situation regargarding this document as beingstill valid. this sblcwill be issuedacct esoft informatics pvt ltd as applicant thru confirming bANK HSBC ZURICH via swift or mt 799 or 760
on a bank to bank basis you must confirm the above with copy to john brewer at greenberg traurig tele 702599 8032 we request your urgent reply you may contact me at hillardbergamo@aol.com or my cell phone 702 427 7473 i am in london at park lane hotel room 1403 +44-207-208-4046 we await you reply so we may go foward

1/21/2011