**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

International Capital Group, LLC

                        Plaintiff,

v.                                               Case No.: 1:10−cv−05370
                                                Honorable Ronald A. Guzman

Hillard Herzog, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 13, 2011:

      MINUTE entry before Honorable Ronald A. Guzman: Plaintiff International Capital Group, LLC's motion for default judgment is granted and judgment is entered against Defendants Hillard Herzog and Sher Banno. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.